# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2499 as

[✓] Retained [ ] Court-appointed(CJA) [ ] Court-assigned(non-CJA) [ ] Federal Defender [ ] Pro Bono [ ] Government

COUNSEL FOR: Precon Development Corporation, Inc.

_____ as the
(party name)

[✓] appellant(s) [ ] appellee(s) [ ] petitioner(s) [ ] respondent(s) [ ] amicus curiae [ ] intervenor(s)

_(signature)_

Douglas E. Kahle, Esq.
Name (printed or typed)

757-497-6633
Voice Phone

Wolcott Rivers Gates
Firm Name (if applicable)

757-497-7267
Fax Number

301 Bendix Road, Suite 500

Virginia Beach, VA 23452
Address

dkahle@wolriv.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on December 18, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Craig P. Wittman
Counsel to Defendant
Assistant United States Attorney
Attorney for United States
United State's Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, VA 23510

Ronald J. Tempas
Assistant Attorney General
Kent E. Hansen
Austin D. Saylor
Counsel to Defendant
US Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
Attorney for the United States
601 D. Street, N.W., Suite 8000
Washington, DC 20004

Signature                                   12/18/13
                                            Date

11/17/2011
SCC